Argued October 22, appeal dismissed for want of
jurisdiction October 28, 1974

STATE OF OREGON, *Appellant, v.* MARY
PEER BEAL (No. C 73-12-3968 Cr), *Respondent.*

527 P2d 262

*W. Michael Gillette,* Solicitor General, Salem,
argued the cause for appellant. With him on the brief
was Lee Johnson, Attorney General, Salem.

*Dennis E. Stenzel,* Portland, argued the cause and
filed the brief for respondent.

*Jonathan A. Ater,* Portland, Cooperating Attorney,
American Civil Liberties Foundation of Oregon, Inc.,
filed a brief amicus curiae.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.

PER CURIAM.

APPEAL DISMISSED FOR WANT OF JURISDICTION.